IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Williams, Andrew W | Case Number: 05 B 25094 |
|---|---|
| | Judge: Squires, John H |
| Printed: 03/24/09 | Filed: 6/24/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: March 6, 2009
Confirmed:  August 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,577.66 | |
| Secured: | | 2,345.52 |
| Unsecured: | | 1,751.05 |
| Priority: | | 0.00 |
| Administrative: | | 2,939.20 |
| Trustee Fee: | | 415.25 |
| Other Funds: | | 126.64 |
| Totals: | 7,577.66 | 7,577.66 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,939.20 | 2,939.20 |
| 2. | Balaban Furniture Ltd | Secured | 1,000.00 | 1,000.00 |
| 3. | Quality Auto Sales | Secured | 1,345.52 | 1,345.52 |
| 4. | Bud Marlow & Company | Unsecured | 61.50 | 61.50 |
| 5. | Premier Bankcard | Unsecured | 111.07 | 111.07 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 1,156.37 | 1,156.37 |
| 7. | MRI River North | Unsecured | 36.81 | 36.81 |
| 8. | Balaban Furniture Ltd | Unsecured | 149.93 | 149.93 |
| 9. | Illinois Bell Telephone Company | Unsecured | 127.76 | 127.76 |
| 10. | Surety Finance | Unsecured | 70.86 | 70.86 |
| 11. | AT&T Wireless | Unsecured | 36.75 | 36.75 |
| 12. | AT&T | Unsecured | | No Claim Filed |
| 13. | George L Walker DDS | Unsecured | | No Claim Filed |
| 14. | Affiliated Radiologist | Unsecured | | No Claim Filed |
| 15. | Drive Financial Services | Unsecured | | No Claim Filed |
| 16. | Crunch Inc | Unsecured | | No Claim Filed |
| 17. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 18. | IDSC | Unsecured | | No Claim Filed |
| 19. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 20. | Hollywood Video | Unsecured | | No Claim Filed |
| 21. | Infectious Disease Specialist PC | Unsecured | | No Claim Filed |
| 22. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 23. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 24. | Perimeter Credit | Unsecured | | No Claim Filed |
| 25. | Rush University | Unsecured | | No Claim Filed |
| 26. | Daniel D Choo DDS | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Andrew W | | Case Number: 05 B 25094 |
|---|---|---|---|
| | | | Judge: Squires, John H |
| | Printed: 03/24/09 | | Filed: 6/24/05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 28. | University Surgeons | Unsecured | | No Claim Filed |
| 29. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 30. | TCF Bank | Unsecured | | No Claim Filed |
| 31. | US Cellular | Unsecured | | No Claim Filed |
| 32. | US Cellular | Unsecured | | No Claim Filed |
| 33. | US Cellular | Unsecured | | No Claim Filed |
| | | | $ 7,035.77 | $ 7,035.77 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 70.45 |
| 5% | 28.20 |
| 4.8% | 58.64 |
| 5.4% | 135.54 |
| 6.5% | 79.14 |
| 6.6% | 43.28 |
| | $ 415.25 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: